UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

RONALD CEZAIR,

    Plaintiff,

v.

    Civil Action No. 8:13-cv-02928-DKC

JPMORGAN CHASE BANK, N.A. *et al.*,

    Defendants.

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Ronald Cezair hereby voluntarily dismisses with prejudice of Plaintiff's claims against Defendant McCabe, Weisberg & Conway, LLC with each side to bear its own fees and costs.

Dated: March 18, 2014.

Ronald Cezair
College Park, MD 20740
Telephone: (202) 236-1265
Plaintiff Pro Se