IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RONALD CEZAIR                    *
    Plaintiff
                                               *

      v.                        Civil Action No.   DKC 13-2928

                                               *

JPMORGAN CHASE BANK, N.A., et al.
    Defendants                 *

******

## SETTLEMENT ORDER
### (LOCAL RULE 111)

This Court has been advised that Plaintiff Ronald Cezair and Defendant Lending Tree, LLC, have reached a settlement, including all counterclaims, cross-claims and third-party claims, if any.  Accordingly, pursuant to Local Rule 111 it is ORDERED that:

This action, as it pertains to Plaintiff and Defendant Lending Tree, LLC is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement.  The entry of this Order is without prejudice.  Each party has the right to move for good cause within 60 days to reopen this action if settlement is not consummated.  If no party moves to reopen, the dismissal shall be with prejudice.

Date: September 30, 2014                              /s/
                                                        Deborah K. Chasanow
                                                       United States District Judge