IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (GREENBELT DIVISION)

| | | |
|---|---|---|
| RONALD CEZAIR, | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO. 8:13-CV-02928 |
| JPMORGAN CHASE BANK, N.A. *et al.*, | * | |
| DEFENDANTS. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Plaintiff Ronald Cezair and Defendant First Commonwealth Mortgage Corp., pursuant to Rule 41(a)(ii), stipulate to the dismissal of this lawsuit, as to Defendant First Commonwealth Mortgage Corp., with prejudice.

| | |
|---|---|
| /s/ Ronald Cezair (with authorization) | /s/ Andrew L. Cole |
| Mr. Ronald Cezair | Andrew L. Cole, Fed. Bar No. 14865 |
| 9615 51st Avenue | LeClairRyan, a Professional Corporation |
| College Park, MD 20740 | 180 Admiral Cochrane Dr., Suite 370 |
| (202) 361-1265 | Annapolis, MD 21401 |
| *Plaintiff Pro Se* | (410) 224-3000 |
| | (410) 224-0098 (fax) |
| | andrew.cole@leclairryan.com |
| | *Attorneys for First Commonwealth Mortgage Corp.* |

14528353_1

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that on this 31st day of October, 2014, copies of the foregoing paper or pleading were served *via* first class mail, postage pre-paid, upon:

>John S Simcox, Esq.
>Chad King, Esq.
>Simcox and Barclay LLP
>888 Bestgate Road, Suite 313
>Annapolis, MD 21401
>
>*Attorneys for JPMorgan Chase Bank, N.A.*
>*and Federal Home Loan*
>*Mortgage Corporation*

                                      /s/ Andrew L. Cole
                                      Andrew L. Cole