# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Southern District)

| | |
|---|---|
| RONALD CEZAIR, | * |
| *Plaintiff*, | * |
| v. | *   Case No. 8:13-cv-02928-DKC |
| JPMORGAN CHASE BANK, N.A., *et al.*, | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

Plaintiff Ronald Cezair, *pro se*, and Defendants JPMorgan Chase Bank, N.A. ("Chase") and Federal Home Loan Mortgage Corporation (together, the "Lenders"), by and through their undersigned counsel, submit this joint status report:

1. The parties have entered into a settlement agreement to resolve all issues in this case.

2. Under the terms of the settlement agreement, Chase must deliver consideration to Mr. Cezair no later than April 3, 2015, and Mr. Cezair must dismiss the lawsuit, with prejudice, by April 8, 2015.

3. The parties believe that settlement will occur on time and in accordance with the terms of the settlement agreement, and will file either a dismissal or another status report no later than April 8, 2015.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

Respectfully submitted,

SIMCOX AND BARCLAY, LLP

| | |
|---|---|
| /s/<br>Ronald Cezair<br>(*signed by Chad King with permission*<br>*of Ronald Cezair*)<br>9615 51st Avenue<br>College Park, MD 20740<br>*Plaintiff, pro se* | By: /s/<br>John S. Simcox, Esq.<br>Federal Bar No. 02553<br>jss@simcoxandbarclay.com<br><br>By: /s/<br>Chad King, Esq.<br>Federal Bar No. 16888<br>cking@simcoxandbarclay.com<br>Simcox and Barclay, LLP<br>888 Bestgate Road, Suite 313<br>Annapolis, MD 21401<br>Phone: (410) 266-0610<br>Fax:   (410) 266-0813<br>*Attorneys for Defendants*<br>*JPMorgan Chase Bank, N.A. and*<br>*Federal Home Loan Mortgage Corporation* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of March, 2015, a copy of the foregoing Joint Status Report was served via first class mail, postage prepaid, on:

> Ronald Cezair
> 9615 51st Avenue
> College Park, MD 20740

/s/
Chad King