**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Southern District)

| | |
|---|---|
| RONALD CEZAIR, | * |
| *Plaintiff*, | * |
| v. | *   Case No. 8:13-cv-02928-DKC |
| JPMORGAN CHASE BANK, N.A., *et al.*, | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Plaintiff Ronald Cezair, *pro se*, and Defendants JPMorgan Chase Bank, N.A. and Federal Home Loan Mortgage Corporation, by and through counsel, stipulate to the dismissal of this case, with prejudice.

Respectfully submitted,

SIMCOX AND BARCLAY, LLP

\_\_\_\_\_/s/\*_____
Ronald Cezair
9615 51st Avenue
College Park, MD 20740
*Plaintiff, pro se*

By: \_\_\_\_\_/s/_____
John S. Simcox, Esq.
Federal Bar No. 02553
jss@simcoxandbarclay.com

By: \_\_\_\_\_/s/_____
Chad King, Esq.
Federal Bar No. 16888
cking@simcoxandbarclay.com
Simcox and Barclay, LLP
888 Bestgate Road, Suite 313
Annapolis, MD 21401
Phone: (410) 266-0610
Fax:    (410) 266-0813
*Attorneys for Defendants*
*JPMorgan Chase Bank, N.A. and*
*Federal Home Loan Mortgage Corporation*

*\*Counsel hereby certifies that he has a signed copy of the foregoing document available for inspection at any time by the court or a party to this action.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of April, 2015, a copy of the foregoing Stipulation of Dismissal was served via first class mail, postage prepaid, on:

Ronald Cezair
9615 51st Avenue
College Park, MD 20740

                                            /s/
                                    Chad King